

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2023

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Eric Teszler
*Assistant Corporation Counsel*
Office: (212) 356-1652

December 5, 2023

*Rescheduled for 1/11/2024 @ 11:30 AM* 

**VIA ECF**
Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

       *Re:*    *C.S., et al. v. N.Y.C. Dep't of Educ.*, 23-cv-6294 (CM)(SLC)

*Colleen M. McMahon*
*12/6/2023*

Dear Judge McMahon:

    I am an Assistant Corporation Counsel in the Office of Corporation Counsel, Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek attorneys' fees, costs, and expenses for legal work performed in administrative proceedings, as well as in this action, pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, *et seq.*

    I write to respectfully request an adjournment of the Initial Conference, currently scheduled for December 7, 2023 (*see* ECF No. 11), to January 8, 2024, or a date thereafter that is convenient to the Court. This is the second request for an adjournment of the Initial Conference; the first was granted by the Court on October 31, 2023. Plaintiffs consent to this request. Since the previous request, the parties have been engaged in settlement discussions. The requested extension is intended to provide the parties additional time to negotiate settlement. This office has been able to resolve the majority of IDEA fees actions brought by plaintiffs represented by The Law Office of Steven Alizio, PLLC without the need to burden the Court with any conferences or motion practice. The parties are optimistic that this matter will follow the same course.

    Accordingly, Defendant respectfully requests that the Initial Conference currently scheduled for December 7, 2023 be adjourned to January 8, 2024, or a date thereafter that is convenient to the Court.

    Thank you for considering this request.

                     Respectfully submitted,

                     /s/ *Eric Teszler*
                     Eric Teszler, Esq.
                     Assistant Corporation Counsel

cc:    Steven J. Alizio, Esq. (via ECF)